ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
**AKERMAN LLP**
1180 N. Town Center Dr, Ste. 290
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  donna.wittig@akerman.com

*Attorneys for Navy Federal Credit Union*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELEXIA STANLEY, an individual<br><br>            Plaintiff,<br><br>vs.<br><br>NAVY FEDERAL CREDIT UNION, a foreign corporation,<br><br>            Defendants. | CASE NO.:  2:24-CV-02092-JCM-DJA<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING**<br><br>**(FIRST REQUEST)** |

Plaintiff Elexia Stanley and defendant Navy Federal Credit Union agree to allow Navy Federal an extension of twenty-eight (28) days, up to and including **February 18, 2025**, to file its responsive pleading.  Navy Federal's current responsive pleading deadline is January 21, 2025.[1]

Good cause exists to grant the requested extension because the parties are still having substantive discussions about settlement and due to the inadvertent excusable neglect outline in

---

[1] The parties previously agreed to submit an extension request for Navy Federal's responsive pleading through February 10, 2025.  However, through inadvertence, the stipulation was never filed.  Today, undersigned counsel for Navy Federal was checking upcoming deadlines for this case, saw no responsive pleading date calendared and realized the failure to file the previously-approved stipulation between the parties.  Due to this inadvertence, no responsive pleading deadline was calendared.  Navy Federal respectfully submits excusable neglect warrants an extension of its responsive pleading deadline.  Undersigned counsel for Navy Federal notes the parties have been diligently discussing this case and trying to work out a resolution.

footnote 1.  The extension will allow ongoing settlement efforts and, if unsuccessful, allow time for Navy Federal to file its responsive pleading.

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice.

DATED February 10th, 2025.

| AKERMAN LLP | LAW OFFICE OF KEVIN L. HERNANDEZ |
|---|---|
| /s/ Donna M. Wittig | /s/ Kevin L. Hernandez |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1180 N. Town Center Dr, Ste. 290<br>Las Vegas, NV 89144 | KEVIN L. HERNANDEZ, ESQ.<br>Nevada Bar No. 12594<br>8920 W. Tropicana Ave., Suite 101<br>Las Vegas, NV 89147 |
| | *Attorney for plaintiff Elexia Stanley* |
| *Attorneys for Navy Federal Credit Union* | |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** \_\_\_\_2/11/2025_____

2

79603632;1