Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELEXIA STANLEY, an individual<br><br>                    Plaintiff,<br><br>vs.<br><br>NAVY FEDERAL CREDIT UNION, a foreign corporation,<br><br>                    Defendant. | Case No.: 2:24-cv-02092-JCM-DJA<br><br><br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT WITH PREJUDICE** |

    Plaintiff, Elexia Stanley ("Plaintiff") and Defendant, Navy Federal Credit Union ("NFCU") have resolved all claims, disputes, and differences between the Plaintiff and NFCU.

    Therefore, Plaintiff and NFCU, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the claims against NFCU with prejudice under Fed.R.Civ.P. 41(a)(1)(A)(ii), with Plaintiff and NFCU bearing their own

///
///
///
///
///
///
///
///

Law Office of Kevin L. Hernandez
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
TEL: (702) 563-4450  FAX: (702) 552-0408

1  attorneys' fees and costs incurred in this action.

2  Respectfully Submitted.

3

4  Dated: September 16, 2025                    Dated: September 16, 2025

5  **LAW OFFICE OF**                            **AKERMAN LLP**
   **KEVIN L. HERNANDEZ**

6  */s/ Kevin L. Hernandez*                     */s/ Scott R. Lachman*
   Kevin L. Hernandez, Esq.                     SCOTT R. LACHMAN, ESQ.
7  Nevada Bar No. 12594                         Nevada Bar No. 12016
   8920 W. Tropicana Avenue, Suite 101          NICHOLAS E. BELAY, ESQ.
8  Las Vegas, Nevada 89147                      Nevada Bar No. 15175
   kevin@kevinhernandezlaw.com                  1180 N. Town Center Dr., Suite 290
9  ***Attorney for Plaintiff***                 Las Vegas, NV 89144
                                                ***Attorneys for Navy Federal Credit Union***
10

11

12

13         **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

14         Under Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff's claims against NFCU are hereby dismissed

15  with prejudice. Plaintiff and NFCU will bear their own costs, attorney's fees, and expenses.

16

17         **IT IS SO ORDERED:**

18         _____
           UNITED STATES DISTRICT JUDGE
19

20         DATED: _____September 23, 2025_____

21

22

23

24

25

26

27

28